Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| JUDE NEY, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

**COMPLAINT**

JUDE NEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Peoria, Peoria County, Illinois and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see pictures of caller ID attached hereto as Exhibit "A").

12. Defendant constantly and continuously places collection calls to Plaintiff's home at the number (309) 681-8355.

13. Defendant constantly and continuously places collection calls to Plaintiff at his place of employment at the number (309) 675-6823.

14. Plaintiff has repeatedly requested that Defendant not contact him at his place of employment as Plaintiff was making payments, yet collection calls persisted.

15. Defendant threatened Plaintiff that he had committed a felony when seeking and demanding payment for an alleged debt.

16. Defendant's agent, representing himself as Mike Patterson, stated he was from the "check fraud division" and implied that Plaintiff was going to be hauled off to jail while seeking and demanding payment for an alleged debt.

17. Defendant threatened to file a lawsuit while seeking and demanding payment for an alleged debt. To date, no lawsuit has been filed.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a place and time known to be inconvenient.

    b. Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at his place of employment knowing that employer prohibits such communications.

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    e. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    f. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot be taken and is not intended to be taken.

    g. Defendant violated *§1692e(7)* of the FDCPA by stating that the Plaintiff had committed a crime in order to disgrace the Plaintiff.

    h. Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, JUDE NEY, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

//

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JUDE NEY, demands a jury trial in this cause of action.

                                            RESPECTFULLY SUBMITTED,

DATED:  January 22, 2009        KROHN & MOSS, LTD.

                                 By: _____
                                       Ryan Lee
                                       Attorney for Plaintiff

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS

Plaintiff, JUDE NEY, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JUDE NEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/14/09                                    _____
                                                  JUDE NEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

COMPLAINT

0200-JAM-EFB   Document 1   Filed 01/22/09

```
01:26p 01/14/09        3096756823

☐ Missed Calls
  ≡ From 3096818355
  ≡ From 8004489570
  ≡ From 2176712134
  ≡ From 2176712134
  ≡ From 8008489862

  32 Records
  Dial   EditDial  Exit
```

0200-JAM-EFB   Document 1   Filed 01/22/09

01/26 01/14/09        3096756823

**Missed Calls**

- From 3096818355
- From 8004489570
- From 2176712134
- From 2176712134
- From 8008489862

32 Records

Dial  EditDial  Exit



0200-JAM-EFB   Document 1   Filed 01/22/09

EMERGENCY 911

CISCO IP PHONE
7940 SERIES

01/14/09   3096756823

Missed Calls
From 3096818355
From 8004489570
From 2176712134
From 2176712134
From 8008489862

32 Records
Dial  EditDial  Exit



0200-JAM-EFB    Document 1    Filed 01/22/09



0200-JAM-EFB   Document 1   Filed 01/22/09

Missed Calls
From 9094489570
From 3093633900
From External Call
   Unknown Number
From 8586094458

32 Records

Exit



0200-JAM-EFB   Document 1   Filed 01/22/09

Received Calls
From 3096818355
From 3096818355
From 8004483570
From 2176712134
From 2176712134

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT B**

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:
1. Sleeplessness **YES**
2. Fear of answering the telephone **YES**
3. Nervousness **YES**
4. Fear of answering the door **YES**
5. Embarrassment when speaking with family or friends **YES**
6. Depressions (sad, anxious, or "empty" moods) **YES**
7. Chest pains **NO**
8. Feelings of hopelessness, pessimism **YES**
9. Feelings of guilt, worthlessness, helplessness **YES**
10. Appetite and/or weight loss or overeating and weight gain **NO**
11. Thoughts of death, suicide **YES**
12. Restlessness or irritability **YES**
13. **Headache**, nausea, chronic pain or **fatigue YES**
14. Negative impact on my job **YES** – Calls at work afraid to answer the phone, which is a problem for someone whose position depends on personnel contact with HR reps – globally.
15. Negative impact on my relationships **NO**

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I am just always afraid. I don't understand how I got from paying this to these calls always demanding more that I can give or should be asked to give. There is no leeway. The stress and restlessness is even greater as sometimes the calls come to work as external calls. I have to take those as they are calls that maybe international calls into my desk. Sometimes I am stuck especially in this office environment and must take these calls. I have to usually ask if I call them back or just be very complainant and agree with anything that they ask just to get them off the line.

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*
Dated: ___01/14/09_____
Signed Name
_____
Printed Name: Jude S. Ney