Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:  619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE NEY, | Case No.  09-CV-00200-JAM-EFB |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 17, 2009, for filing dispositional documents.

Dated: 3/19/09    KROHN & MOSS, LTD.

/s/Ryan Lee
Ryan Lee
Attorney for Plaintiff
Jude Ney

Dated: 3/19/09    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.