Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE NEY,<br><br>           Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No.  09-CV-00200-JAM-EFB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

    Plaintiff, JUDE NEY, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 22, 2009.  NCO filed its responsive pleading on March 23, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 4/17/09            KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Jude Ney

Dated: 4/17/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated: _____
Hon. John A. Mendez
United States District Judge